**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TONY EARL BAILENTIA JR., | ) | Case No. CV 17-1666-ODW (JPR) |
| Petitioner, | ) | |
| v. | ) | **J U D G M E N T** |
| LANGFORD, | ) | |
| Respondent. | ) | |

Pursuant to the Order Denying Petition and Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 20, 2017

_____
OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE